COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Bessy Marybel Jimenez

Appellate case number:   01-17-00554-CV

Trial court case number: 2011-75729

Trial court:             507th District Court of Harris County

Relator, Bessy Marybel Jimenez, has filed a petition for a writ of mandamus in this Court. The Court requests a response to the petition from real party in interest, Hugo Cesar Jimenez. **The response, if any, is due no later than 21 days from the date of this order.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☒ Acting individually    ☐ Acting for the Court

Date: July 18, 2017